UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                                                                              DATE: June 17, 2020
JUDGE: Susan D. Wigenton

COURT REPORTER: Joanne Sekella

DEPUTY CLERK: Carmen D. Soto

Title of Case:                                                                                      Docket# 20-494

U.S.A. v. SAMORA PATTERSON

**Appearances:**
Sean Sherman, AUSA for Gov
K. Anthony Thomas, Esq. (AFPD) for Dft,

Nature of Proceeding:    **INITIAL/ARRAIGNMENT ON INDICTMENT**

All parties present via Zoom videoconference.
Order to proceed via videoconference to be filed.

Maximum penalties placed on the record;
All conditions of release as previously set to remain in effect.

Deft waived reading of the Indictment;
Deft advised of the charges and penalties in the Indictment and plead Not Guilty to all counts of the Indictment;

Continuance order signed and filed.
Scheduling order signed and filed.

Time Commenced      11:05 a.m.
Time Adjourned       11:25 a.m.
Total time:                  20 mins.

cc: chambers                                                                         Carmen D. Soto
                                                                                                    Deputy Clerk