# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES | * |
| | * |
| v. | *  CRIM. NO. 20-494 |
| | * |
| SAMORA PATTERSON | * |
| | * |
| | ***** |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Standing Order 2020-06, this Court finds:

☐  That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

☒  Video Teleconferencing

☐  Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

   ☐  The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

   ☐  Other:

Date: June 17, 2020

*s/Susan D. Wigenton*
Hon. Susan D. Wigenton
United States District Judge