**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 20-494 (SDW) |
| SAMORA PATTERSON | : | |

## **SCHEDULING ORDER**

This matter having come before the Court for an entry of a scheduling order; and the United States being represented by Craig Carpenito, United States Attorney for the District of New Jersey (by Sean M. Sherman, Assistant U.S. Attorney, appearing); and the Defendant Samora Patterson, being represented by K. Anthony Thomas, Esq.; and the parties having met and conferred and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 17th day of June, 2020, ORDERED that:

1. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before July 31, 2020.

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before July 31, 2020. Exculpatory evidence that becomes known to the Government

after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before August 10, 2020.

4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before August 17, 2020.

5. The following shall be the schedule for pretrial motions in this matter:

a) The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before August 28, 2020.

b) The Government shall file any response to the Defendant's pretrial motions on or before September 11, 2020.

c) The Defendant shall file any reply on or before September 18, 2020.

d) Oral argument on pretrial motions shall be held on ___TBD___ at ____ a.m./p.m.

                                          *s/Susan D. Wigenton*
                                          THE HONORABLE SUSAN D. WIGENTON
                                          United States District Judge