UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMORA PATTERSON | Hon. Susan D. Wigenton<br><br><u>AMENDED SCHEDULING ORDER</u><br><br>Criminal No. 20-494 (SDW) |

This matter having come before the Court on a joint application of the parties; and the United States being represented by Craig Carpenito, United States Attorney for the District of New Jersey (by Sean M. Sherman, Assistant U.S. Attorney, appearing); and defendant Samora Patterson being represented by K. Anthony Thomas Esq.; and this Court having previously entered a schedule for the exchange of discovery and filing of pre-trial motions (ECF 5); and the parties having agreed that the prior schedule for the exchange of discovery and the filing of pretrial motions should be amended; and the Court having accepted such amended schedule, and for good cause shown,

It is on this <u>27th</u> day of <u>July, 2020</u>, ORDERED that:

1. The Government shall complete its production of discovery required by Federal Rule of Criminal Procedure 16(a)(1) as soon as practicable, but no later than September 4, 2020.

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before September 4, 2020. Exculpatory evidence that becomes known to the

Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. The Defendants shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before September 11, 2020.

4. The following shall be the schedule for pretrial motions in this matter:

a. The Defendants shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before September 18, 2020;

b. The Government shall file any response to the Defendant's pretrial motions on or before October 2, 2020;

c. The Defendants shall file any reply on or before October 9, 2020;

d. Oral argument on pretrial motions shall be held on a date to be set by the Court.

5. Pursuant to paragraphs 17 to 21 of the Court's Standing Order No. 15-2, the Court shall, in consultation with the parties, schedule a final pretrial conference that will be held no sooner than two (2) weeks following the disposition of pretrial motions. If appropriate, a trial date will be set at this final pretrial conference.

*s/Susan D. Wigenton*
Honorable Susan D. Wigenton
United States District Judge