**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 20-494 (SDW) |
| SAMORA PATTERSON | : | |

**AMENDED BRIEFING SCHEDULING ORDER**

This matter having come before the Court for an entry of an amended briefing scheduling order; and the United States being represented by Rachael Honig, Acting United States Attorney for the District of New Jersey (by Sean M. Sherman, Assistant U.S. Attorney, appearing); and the Defendant Samora Patterson, being represented by K. Anthony Thomas, Esq.; and the parties having met and conferred and having agreed on an amended schedule for the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 22nd day of June, 2021, ORDERED that:

a) The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before September 3, 2021.

b) The Government shall file any response to the Defendant's pretrial motions on or before September 17, 2021.

c) The Defendant shall file any reply on or before September 24, 2021.

d) Oral argument on pretrial motions shall be held on __TO BE SET__ at ____ a.m./p.m.

_____
THE HONORABLE SUSAN D. WIGENTON
United States District Judge