

# THE LAW FIRM OF
# HUNT, HAMLIN & RIDLEY
### COUNSELLORS AT LAW

**FOUNDING PARTNERS**
RONALD C. HUNT
RAYMOND L. HAMLIN

TERRY RIDLEY
1956-2012

**ASSOCIATE COUNSEL**
DENNIS HICKERSON-BREEDON

**NEWARK OFFICE**
MILITARY PARK BUILDING
60 PARK PLACE, 16TH FLOOR
NEWARK, NJ 07102

**PATERSON OFFICE**
21 LEE STREET
PATERSON, NJ 07505

ALL REPLIES TO THE NEWARK OFFICE

TEL: (973) 242-4471
TELEFAX:(973) 242-8295
E-MAIL: Ray.Hamlin@HuntHamlinRidley.com
WEB SITE: www.HuntHamlinRidley.com

**OF COUNSEL**
VIELKA VELAZQUEZ
NOELLE VAN BAAREN
ISAAC WRIGHT

‡ALSO ADMITTED IN NY

July 1, 2021

**FILED VIA ECOURTS**
United State District Court, District of New Jersey
Union County Courthouse
2 Broad Street, 1st Floor Tower
Elizabeth, New Jersey 07207

    **RE:**      **Letter of Representation**
    **Case No.:**  **U.S. v. Samora Patterson (2:20-CR-00494)**

Dear Your Honor,

    Please be advised that this law firm Hunt, Hamlin and Ridley, and (Ronald Hunt, Esquire) represent Mr. Samora Patterson, (the "Defendant") in the above-referenced matter. This letter is written on behalf of the Defendant who has hired our firm to represent him in a full legal capacity. Please forward any correspondence to my email at Ronald.hunt@hunthamlinridley.com. The Defendant and the undersigned would like to thank Your Honor and the Court in advance for your consideration and attention to this matter. Should Your Honor and/or the Court have any questions with respect to this correspondence, I can be reached via the telephone number and/or email listed above.

                        **HUNT, HAMLIN & RIDLEY**
                        Attorney for Defendant

                        <u>RONALD C. HUNT /S/</u>
                        RONALD C. HUNT, ESQ.

*Established in 1995*