Ronald C. Hunt, Esq.
Attorney I.D. Number: 011281985
**Hunt, Hamlin & Ridley**
Military Park Building
60 Park Place, 16th Floor
Newark, NJ 07102
(973) 242-4471 – Phone
(973) 242-8295 – Fax
Attorney for Defendant
Samora Patterson

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CRIMINAL DOCKET |
| Plaintiffs, | : Case No. 2:20-cr-494-SDW |
| vs. | : |
| | : ORDER PERMITTING LESSOR RESTRICTIONS |
| | : AND AN ASSIGNED CURFEW FOR THE |
| SAMORA PATTERSON | : DEFENDANT |
| Defendant. | : |

**THIS MATTER**, having been opened to the Court, after obtaining consent from all Parties involved, the application of Ronald C. Hunt, Esquire, of the Law Offices of Hunt, Hamlin & Ridley, Esquires, attorneys for the Defendant, SAMORA PATTERSON, to be assigned a curfew Monday to Sunday, from a reasonable time deemed appropriate by pretrial services, the Defendant will continue to be electronically monitored, and with good cause having been shown;

**IT IS** on this  4th   day of August, 2021;

**ORDERED**, that Mr. Patterson is granted a curfew, and is allowed to leave home confinement, Monday to Sunday, starting, on August  4th , 2021, where he will continue to be monitored electronically with GPS technology, 24 hours of the day,

**IT IS FURTHER ORDERED** that the Defendant's location monitoring conditions shall be modified to location monitoring with a curfew, hours approved by pretrial services and gps technology.

**IT IS FURTHER ORDERED** that the Defendant hereby assures and agrees, not to:

1. Commit any further crimes while outside the home;
2. Not to use or possess any illegal narcotics;
3. Not to leave the state without prior consent;
4. Not to associate with criminals;
5. Not to tamper with the electric monitoring device;
6. Not to remove, damage, or compromise the electric monitoring device;
7. Deceive, lie, or defraud the courts, his supervisors, and the State regarding his location;
8. Stay out past his curfew;
9. Injure or harm another person;
10. Assist anyone in the commission of a crime; or
11. Obstruct justice, or tamper with any evidence.

In the event the Defendant does violate any of these conditions, the Defendant may be remanded back to State custody. A copy of this order shall be deemed served upon all Counsel ECF.

_____
Hon. Susan D. Wigenton, U.S.M.J

Opposed  _____

Unopposed  __X__

*All other previously imposed conditions shall remain in full force and effect.